### Burroughs vs. Booth.

If in a caption to a deposition, it be certified that the deponent was cautioned to testify the truth, the whole truth and nothing but the truth, yet if the certificate of the oath be, that the deponent was sworn to the truth of the deposition, such deposition cannot be read in evidence.

*Addison,*
*January,*
*1797.*

ON the trial of this action, the deposition of E. T. taken in the State of Connecticut, was offered to be read.

The counsel for defendant took exception to the caption, that it was certified that the deponent had been sworn to the truth of the deposition, whereas, it should have been certified that the deposition contained the truth, the whole truth and nothing but the truth.

It was certified that the deponent was cautioned to tell the truth, the whole truth and nothing but the truth.

It was contended by the counsel for the plaintiff, that taking the whole together the caption was sufficient. But,

The Court unanimously ruled that the caption was insufficient. It must appear by the certificate of the magistrate who took the deposition that the deponent was sworn that the same contains the truth, the whole truth and nothing but the truth.

This cannot be supplied by any previous caution. It must be in the oath administered.

The deposition was rejected